IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, JONI LYNN HOLDWORTH,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI LYNN HOLDWORTH,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: CV 20-09892 MAR<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES AND COSTS |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SEVEN THOUSAND FOUR HUNDRED DOLLARS ($7,400.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR

/ / / /

/ / / /

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew M. Saul as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: March 31, 2022

MARGO A. ROCCONI
U.S. MAGISTRATE JUDGE